PADGETT *v.* BUTLER.

DUCKWORTH, Chief Justice. The exception here is to a judgment sustaining a general demurrer to a petition praying judgment in the amount of $400 for rent of described premises. The Court of Appeals and not the Supreme Court has jurisdiction of the writ of error. Code (Ann.), §§ 2-3704, 2-3708 (Constitution of Georgia; Ga. L. 1945, p. 43).

*Transferred to the Court of Appeals. All the Justices concur.*

No. 17428. SUBMITTED MARCH 13, 1951—DECIDED APRIL 10, 1951.

*Charles W. Anderson* and *Scott Lay Jr.,* for plaintiff.

*Leonard Pennisi,* for defendant.